UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WEST NECK COMMUNITY
ASSOCIATION, INC.,

    Plaintiff,

    v.                                Civil Action No. 2:22cv491

JBWK, LLC,

    Defendant.

**ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on April 28, 2023. The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation and finding no error, it is hereby ORDERED that: (1) the Report and Recommendation (ECF No. 24) is ADOPTED as the opinion of this Court; and (2) Plaintiff's Motion to Remand (ECF No. 9) is DENIED.

The clerk is directed to forward a copy of this Order to counsel of record.

It is so ORDERED.

                                                  /s/
                                      Elizabeth W. Hanes
                                      United States District Judge

Norfolk, Virginia
Date: May 24, 2023